UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAMONIA ALFRED | * | |
| | * | |
| VERSUS | * | CIVIL ACTION |
| | * | |
| TAMS OF KENNER, INC d/b/a SLEEP INN & SUITES AND LIBERTY SURPLUS INSURANCE CORPORATION | * * * | NO. 2:15-cv-4128 SECTION "E"(5) |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED** that Plaintiff's claims as against Defendants, TAMS of Kenner, Inc. d/b/a Sleep Inn & Suites and Liberty Surplus Insurance Corporation, are hereby dismissed with prejudice as of compromise, each party to bear its own costs.

New Orleans, Louisiana this 30th day of June, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Susie Morgan
　　　　　　　　　　　　　　　　　United States District Judge

3

5770241v1